Paul J. Anderson, Esq., Nev. Bar No. 00709
Debra O. Waggoner, Esq., Nev. Bar No. 5808
MAUPIN, COX, & LeGOY
4785 Caughlin Parkway
P.O. Box 30000
Reno, Nevada 89520
(775) 827-2000 telephone
(775) 827-2185 facsimile
panderson@mclrenolaw.com
dwaggoner@mclrenolaw.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN KOEPKE, EDWARD KOEPKE, and SHERRI KOEPKE,<br><br>Plaintiffs,<br><br>vs.<br><br>PRINCIPAL ROSS GREGORY, et al.,<br><br>Defendants. | Case No. 3:04-cv-00090-LRH-RJJ<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br>(First Request) |

Plaintiffs and Defendants, by and through their undersigned counsel, stipulate pursuant to LR 6-1 and 6-2 for a one week extension of time for Defendants to file their Reply to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, from the current due date of Tuesday, May 22, 2007, to Tuesday, May 29, 2007.

The parties are stipulating to this brief extension at the request of defense counsel, who has multiple briefings in other cases with due dates on or before June 1, 2007. This is the first request

1.

1  for an extension of time to file Defendants' Reply, and it is being submitted prior to the due date as
2  contemplated by LR 6-1.
3  Dated this 17th day of May, 2007.                    Dated this 17th day of May, 2007.

MAUPIN, COX, & LeGOY

*/s/ Anne M. Vohl*                                       By: */s/ Debra O. Waggoner*
Anne M. Vohl, Esq.                                       Paul J. Anderson, Esq.
Nevada State Bar No. 4138                                Debra O. Waggoner, Esq.
1 E. Liberty St., 6th Floor                              Attorneys for Defendants
Reno, NV 89501
(775) 686-6068
Attorney for Plaintiffs

IT IS SO ORDERED.

*/s/ Larry R. Hicks*

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: May 22, 2007

2.